1

2

3

Attorneys for Plaintiffs William Long and Delilah Long

Patrick D. McMurtray
4   McMurtray & Armistad, PA
209 Downing Street
5   Hazlehurst, MS 39083
601.894.2323 (Phone)
6   601.894.4343 (Fax)

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13   _____   )   **Case Specific No.: 07-0052 CRB**
                                          )
14   IN RE: BEXTRA AND CELEBREX           )
     MARKETING SALES PRACTICES AND        )   **MDL NO. 1699**
15   PRODUCT LIABILITY LITIGATION         )   **C.A. No. 3:06-0601**
                                          )   **District Judge: Charles R. Breyer**
16   THIS RELATES TO 07-0052 CRB          )
                                          )
17   William Long and Delilah Long,       )
                                          )
18                         Plaintiffs,    )   **STIPULATION AND ORDER OF**
                                          )   **DISMISSAL WITH PREJUDICE**
19                  vs.                   )
                                          )
20   Pfizer, Inc., et al.                 )
                              Defendants. )
21   _____    )

22

23      Come now the Plaintiffs, WILLIAM LONG AND DELILAH LONG, and Defendants, by

24   and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

25   and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

     attorneys' fees and costs.
26

27      DATED: Aug 14, 2009      By: _____

28                                        Attorneys for Plaintiffs

                                          -1-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Aug 31, 2009      By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 4, 2009      _____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED

Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**